NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Brian Baker
29045 Raintree Lane
Saugus, CA  91390

661-296-2970

In Pro Per

ATTORNEYS FOR:

FILED

2010 MAR 15  PM 1:31

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN BAKER<br><br>Plaintiff(s),<br>v.<br><br>THE STATE OF CALIFORNIA; and ARNOLD SCHWARTZENEGGER, Governor of the State of California<br>Defendant(s) | CASE NUMBER<br><br>CV10 1843- DMG (JEMx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO:     THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for __Brian Baker__
(or party appearing in pro per), certifies that the following listed party (or parties) has (have) a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**     **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| The State of California | Defendant |
| Arnold Schwartzenegger, Governor of the State of California | Defendant |
| | |
| Brian Baker | Plaintiff |

3/15/2010                           [signature] Brian Baker
Date                                Sign


Attorney of record for or party appearing in pro per